# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KERMIT S. BAYLESS<br><br>　　　Plaintiff(s),<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　Defendant(s). | Case No. 2:22-cv-00335-JAD-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 13; see also Docket No. 10 (motion to dismiss). Plaintiff has not filed a response. Having evaluated the applicable standards, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); LR 7-2(d) (a party's failure to respond to a motion constitutes consent), the Court finds that a stay of discovery is proper in this case. Accordingly, the motion to stay discovery is **GRANTED**. Docket No. 13. In the event resolution of the motion to dismiss does not result in the termination of this matter, the parties must submit a joint proposed discovery plan or joint status report within 14 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: August 24, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1